IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMIKO KIMIO WILSON,

    Petitioner,

v.

ANTHONY HEDGPETH,

    Respondent.

No. C 11-05207 WHA

**ORDER RE SUPPLEMENTAL BRIEFING**

When petitioner Kimiko Wilson filed his habeas petition, he was not represented by counsel. Thus, respondent has not had the opportunity to respond to any of the new arguments that petitioner's counsel raises in the traverse. Respondent may have until **FEBRUARY 27, 2014, AT NOON**, to file a responsive brief, no longer than 10 pages, that addresses those new arguments.

**IT IS SO ORDERED.**

Dated: February 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE