**United States District Court**
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   KIMIKO KIMIO WILSON,

11          Petitioner,                              No. C 11-05207 WHA

12      v.

13   ANTHONY HEDGPETH,                               **JUDGMENT**

14          Respondent.

15   _____/

16          For the reasons stated in the accompanying order denying petitioner's motion for habeas

17   relief, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent.  **THE CLERK SHALL**

18   **CLOSE THE FILE**.

19

20          **IT IS SO ORDERED.**

21

22   Dated:  July 23, 2014.

23                                                   WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE
24

25

26

27

28